UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COLOPLAST CORP. PELVIC SUPPORT
SYSTEMS PRODUCTS LIABILITY LITIGATION                           MDL No. 2387

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −2)

On August 6, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of August 6, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 24, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

AUG 2 4 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

IN RE: COLOPLAST CORP. PELVIC SUPPORT
SYSTEMS PRODUCTS LIABILITY LITIGATION                MDL No. 2387

SCHEDULE CTO-2 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 12-05985 | Chastain Bickham v. Mentor Corporation et al |
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 12-00972 | Webb, et al. v. Analytic Biosurgical Solutions, et al. |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 12-03620 | Grant v. Coloplast, Inc. |
| CAN | 3 | 12-03625 | Conley v. Coloplast, Inc. |
| CAN | 4 | 12-03623 | James v. Coloplast, Inc. |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 12-22835 | DEL POZO et al v. Mentor Corporation et al |
| IDAHO | | | |
| ID | 4 | 12-00395 | Blackburn et al v. Coloplast Corporation et al |
| KANSAS | | | |
| KS | 2 | 12-02441 | Zalsman et al v. Analytic Biosurgical Solutions et al |
| LOUISIANA WESTERN | | | |
| LAW | 3 | 12-01875 | Watson et al v. Coloplast Corp et al |
| LAW | 5 | 12-01851 | Waites et al v. Coloplast Corporation et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 12-00808 | Disney v. Coloplast A/S et al |
| TENNESSEE EASTERN | | | |

TNE       4       12–00046      Mears v. Coloplast Corporation et al

Case 2:12-cv-04753   Document 4   Filed 08/27/12   Page 3 of 3 PageID #: 34

TNE       4       12–00046      Mears v. Coloplast Corporation et al